1  PHILLIP TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARY TSAI, CSBN 216963
5  Special Assistant United States Attorney
      6401 Security Boulevard
6        Baltimore, MD 21235
7        Telephone: 510-970-4864
      Facsimile: (415) 744-0134
8        E-Mail: mary.tsai@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAFAEL ESPINOZA, | Case No.: 1:23-cv-01499-JLT-BAM |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended thirty (30) days from May 22, 2024, up to and including June 21, 2024. This is the parties' third stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant, along with another brief, both of which are due in mid to late May 2024. However, counsel has preplanned leave for three weeks of May, for both personal and medical reasons. Accordingly, Defendant requires an

extension in this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  May 3, 2024      */s/  Jonathan Omar Pena\**
                                                  JONATHAN OMAR PENA
                                                  Attorney for Plaintiff
                                                  *\*as authorized via e-mail on May 3, 2024*

Dated: May 3, 2024       PHILLIP TALBERT
                                                  United States Attorney
                                                  MATHEW W. PILE
                                                  Associate General Counsel
                                                  Office of Program Litigation, Office 7
                                                  Social Security Administration

By:    */s/  Mary Tsai*
                  MARY TSAI
                  Special Assistant U.S. Attorney

                  Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED that Defendant shall have an extension, up to and including **June 21, 2024,** to respond to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated:   **May 6, 2024**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE